# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Leroy Terry<br>*Plaintiff*<br>v.<br>SCDC, Dr. McCree, Dr. Pate, Lee Infirmary, Nurse Capadonia and Nurse Blackwell<br>*Defendant* | ) ) ) ) ) )  Civil Action No.  4:19-cv-2170-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The case is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  December 12, 2019

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*